RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015

Abel Acosta, Clerk

In The Court of Criminal Appeals
of Texas

Court Copy

63,010-03

No WR-63010-03  TR CT No 10CR2645d
IN RE ERWIN Burley Relator

Judicial Knowledge

TO The Honorable Abel Acosta

Dear Clerk,  I Received Your Correspondence Informing
Me that the Status of Relators Writ of Mandamus
is Pending decision By this Honorable Court on
the 24th day of September 2015. However I Received
A White Card Stating that "9-11-2015 Burley Erwin
On This day the Supplemental Clerk's Record In
Response to the order issued By this Court, has
Been Received and Presented to the Court."

Relators Writ of Mandamus Addressed the
Fact That the District Attorneys office has
Not Answered Relators Writ that was filed on
March 17 2015, Thus Should Court Adjudicate
Designated Issues - Relator is Entitled to File
His Objections To State Answer and Facts Findings
And Conclusion of Law.

EB

It is VITAL to RELATORS ACTUAL INNOCENCE CLAIM IF:

A. APPlication is Received with No RePort or Recommendation or finding and Conclusion And Nothing Formally to OBJECT to RelAtor Needs to Be Informed of Such.

B Without Visually InSpecting States Answer RELATOR will Not Know if CORRECT Rules were APPlied to Answer so thAt RelAtor CAN OBJECT under TRAP 73.4.(b)(2)

c. Without Receipt of FACts And Conclusion RelAtor will Not Know if This Court HAs Adopted RespondAnts FACts without WEIGHING them AGAINST RelAtors OBJECtions

d. Court Could Be misguided By Respondents Conclusion of LAW and CONclusion, FACts and Findings could Be contrARy to StAte And Federal LAW

E. How CAN the HABEAS Process Be Fair, Full, And Adequate Without StAte Answer and FActs And Conclusion of LAW?

F. How CAN RelAtor meet His Burden to CHAllenge FActual diSputes and mAke Specific OBJections without His CoPy of FACts Findings and Conclusion oF LAW, And District Attorness ANSWER Governed By Art II.07 Sec 3 A b c And TRAP 73.4 (b) (2)?

Relator Alleges with Good cause that the System cannot Produce Just Results if Relator is deprived and denied of His due Process Rights to File His written Objections And to Have His writ Addressed

Relator Has demonstrated that Judicial Knowledge of His Argument is Reasonable and Concerns Are Fact Specific. Notwithstanding the Fact that As A Rule determinations Are Based on the Answer, transcript, And Record

## PRAYER

Relator Prays that this Honorable Court Take Judicial Knowledge of the Fact that Relators writ of Habeas Corpus Has Not Been Forwarded to the Court of Criminal Appeals and Prays for His Right to File written Objections if Court of Appeals Receives writ Before Adjudication And Prays that the 105th District make Available to Relator Facts findings And conclusions of Law And Answer.

Respectfully Submitted

Edwin Birdley

EB    Allred Unit 2101 Fm 369 N
      Iowa Park Texas 76367